■ ETHEL CROSTHWAITE, Respondent, v. ALEXANDER CROSTHWAITE, Appellant.— Motion by respondent to vacate order dated April 24, 1962, granting by default the appellant's motion for a stay, and to restore said motion to the calendar. Motion to vacate granted on the stipulation of the parties; said order vacated; and motion for a stay directed to be added to the Motion Calendar of June 15, 1962. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ IGNATIUS A. MONFORTE, Appellant, v. CHEMICAL BANK NEW YORK TRUST COMPANY et al., Respondents.— Appellant's letter, dated June 5, 1962, addressed to the Presiding Justice, will be treated as a motion by appellant for leave to appeal to the Court of Appeals. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ (A) ANNA L. R. KRUZE, Appellant, v. ISABEL M. KELEHER, as Secretary of New York City Employees' Retirement System, et al., Respondents. In the Matter of FRANK J. KRUZE, Deceased. ANNA L. R. KRUZE, as Administratrix of the Estate of FRANK J. KRUZE, Deceased, Appellant; ISABEL M. KELEHER, as Secretary of New York City Employees' Retirement System et al., Respondents. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. (B) ARTHUR SCHACTMAN et al., Respondents, v. MASTER-LAKE SUCCESS, INC., et al., Appellants. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur. (C) ANTON LEHR, as Administrator of the Estate of ANTON LEHR, JR., Deceased, Respondent, v. CITY OF NEW YORK, Appellant. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.— [In each action] Motion by appellant for leave to appeal to the Court of Appeals, denied.

■ JOSEPH PERTOFSKY, Respondent, v. MURRAY DRUCKS, Appellant.— Motion by respondent for reargument or for leave to appeal to the Court of Appeals and for a stay, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ THOMAS J. DOYLE, Respondent, v. WAVERLY GRAY, etc., Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 20, 1962. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ LAZSLO FRIED et al., Respondents, v. LAZSLO L. SUGAR et al., Appellants, et al., Defendants.— Motion by appellant Lazslo L. Sugar for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 20, 1962. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of GEORGE H. HAMILTON, an Attorney, Respondent. BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., Petitioner.— Motion by petitioner to confirm Official Referee's report finding respondent guilty of the charges and recommending that he be suspended for one year. Motion granted and report confirmed, except as to the degree of discipline recommended. In our opinion, the respondent's misconduct requires that he be suspended for a period for 2 years. Accordingly, respondent is suspended from the practice of law for 2 years, commencing 30 days after entry of the order thereon. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ ABRAHAM M. SACKLER, Appellant, v. GLORIA SACKLER, Respondent.— Motion by respondent for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.